IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **KIM A. DEGROSS** | * | |
| Plaintiff | * | |
| v. | * | Civil Case No. JKB-22-0291 |
| **OFFICE DEPOT, LLC** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

This case was originally filed in the Circuit Court for Baltimore City. It was removed to this Court on February 3, 2022 (ECF No. 1). On February 10, 2022, the Defendant moved to dismiss the case alleging, among other things, that the matter is time barred. The Plaintiff has failed to respond to the Defendant's motion, and the time for doing so has expired. Plaintiff's counsel was advised to clarify their status and to address certain deficiencies, but they never responded to the Clerk's correspondence (ECF No. 4).

The Court has carefully reviewed the MOTION TO DISMISS (ECF No. 6), the memorandum in support (ECF No. 6-1), and the several exhibits accompanying (ECF Nos. 6-2, 6-3, 6-4, 6-5).

This case is time barred. It is not filed within the requisite period set by the statute of limitations. "Relation back" principles to not apply. To the extent that the complaint includes discrimination claims brought pursuant to either state or federal law, they are untimely. The Court adopts the reasoning set out in the Defendant's brief (ECF No. 6-1) as the analysis outlined there in relation to time limitations for claims of defamation, claims of employment

discrimination under Maryland state law, and claims of employment discrimination under Title VII all comport with this Court's understanding of the law.

Accordingly, it is ORDERED that the Motion to Dismiss (ECF no. 6) is GRANTED and that the Complaint is DISMISSED. The Clerk is instructed to CLOSE THIS CASE.

Dated this 9 day of March, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge